**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: 4/25/2014                                              TIME: 3:30 p.m.

CASE NUMBER: CV 13-3519

TITLE:  Decter et al. v. Second Nature Therapeutic Program et al.

PLTFFS ATTY:        **Timothy Kilgannon**
                     X  present            ___ not present


DEFTS ATTY:         **Tyra Saechao and Cristina Yannucci**
                     X present             ___ not present


FTR RECORDER: 3:49-4:28        COURTROOM DEPUTY: Michele Savona

OTHER: _____

  X    CASE CALLED.

  X    CONFERENCE HELD.

  X    ARGUMENT HEARD / CONT'D TO_____.

  X    DECISION:   X  RESERVED      ___GRANTED     ___DENIED